# MEMORANDA

## CASES NOT REPORTED IN FULL.

JEDEDIAH H. LATHROP AND OTHERS, RESPONDENTS, v.
MOSES H. BRAMHALL AND OTHERS, APPELLANTS.

*Evidence, admissible against any one defendant — reservation of decision on admission of — declarations — against whom admissible.*

If evidence offered is admissible for any purpose or against any one of several defendants, the referee is not bound to declare its effect.

The reservation of the decision upon the admissibility of evidence when objection is taken, finds no favor at the hands of the appellate tribunals. The party objecting has a right to a decision at once upon such objections.

The general rule that a declaration is only good as against the person making it, is subject to various limitations; and a statement made by a person in the presence of his associates and acquiesced in by them, is admissible against them.

APPEAL from a judgment for plaintiff, entered on a referee's report. The action was brought to recover the balance remaining unpaid of the price agreed upon for the transfer of certain stock, and the dispute was whether the sale was made to them jointly or with defendant Bramhall alone.

*J. L. Cadwallader*, for the appellants.

*C. F. Southmayd*, for the respondents.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment reversed as to the defendant Delafield, and affirmed as to the other defendants.